# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

STATE OF WASHINGTON,

              Respondent.

        v.

G.C.,

              Appellant.

No. 84963-8-I

DIVISION ONE

UNPUBLISHED OPINION

PER CURIAM — G.C. filed an appeal challenging the imposition of a $100 Victim Penalty Assessment (VPA) as part of his disposition order. While G.C.'s appeal was pending, the legislature amended the applicable statute and withdrew the juvenile court's authority to require juveniles to pay any legal financial obligations apart from restitution. See Former RCW 7.68.035(1)(b) (2018); Laws of 2023, ch 449 § 1. The State concedes that although the statutory amendment did not take effect until after G.C. was sentenced, it applies retroactively to G.C.'s case because the matter is pending on direct appeal. See State v. Ellis, 27 Wn. App. 2d 1, 16, 530 P.3d 1048 (2023).

We accept the State's concession and remand to the superior court to strike the VPA provision from the disposition order entered in Snohomish County Superior Court Cause No. 20-8-00501-31.

FOR THE COURT:

_____
Hazelrigg, ACJ

_____
Chung, J.

_____
Coburn, J.